UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Criminal No. 7:21-CR-00088-1-D
Civil No. 7:25-CV-01012-D

Volna Gates, )
)
        Petitioner, )
)
v. )     ORDER
)
United States of America, )
)
        Respondent. )

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255

Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules

Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned

§ 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this

order.

SO ORDERED. This **31** day of March, 2026.

_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE